UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Polytechnic Preparatory Country Day School,
Petitioner,

v.

Jonah Doe,
Respondent.

26-CV-7133 (DEH)

ORDER

DALE E. HO, United States District Judge:

Within fourteen (14) days of Respondent entering an appearance, the parties are **DIRECTED** to propose a briefing schedule on the Petition to Compel Arbitration, ECF No. 1.

SO ORDERED.

Dated: August 26, 2026
New York, New York

DALE E. HO
United States District Judge